United States Bankruptcy Court for the:

## Western District of Washington

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy    6/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1.** | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Cristina<br>First name<br><br>Nicoleta<br>Middle name<br><br>Suciu<br>Last name<br><br>_____<br>Suffix (Sr., Jr., II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and doing business as names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 5 1 6 4<br>OR<br>9 xx – xx – ___ ___ ___ | xxx – xx – ___ ___ ___ ___<br>OR<br>9 xx – xx – ___ ___ ___ |

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Your Employer Identification Number (EIN), if any.**

_____
EIN

_____
EIN

_____
EIN

_____
EIN

_____
EIN

_____
EIN

_____
EIN

_____
EIN

**5. Where you live**

16028 NE 184th Place
_____
Number    Street

_____

Woodinville             WA    98072
_____
City             State    ZIP Code

King County
_____
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City             State    ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number    Street

_____

_____
City             State    ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City             State    ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408.)

---

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☑ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments**. If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☐ No

☑ Yes. District ___Western District of Washington at Seattle___ When __02/22/2018__ Case number __18-10709__

       District ___Western District of Washington at Seattle___ When __03/20/2025__ Case number __25-10742-TWD__

       District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

     Debtor _____ Relationship to you _____

     District _____ When _____ Case number, if known_____

     Debtor _____ Relationship to you _____

     District _____ When _____ Case number, if known_____

**11. Do you rent your residence?**

☑ No.  Go to line 12.

☐ Yes.  Has your landlord obtained an eviction judgment against you?

     ☐ No. Go to line 12.

     ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

## Part 3:    Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No. Go to Part 4.

☑ Yes. Name and location of business

Lake Leota Senior Care (adult family home, sole proprietorship)
_____
Name of business, if any

16028 NE 184th Place
_____
Number    Street

_____

Woodinville                                    WA          98072
_____    _____    _____
City                                            State       ZIP Code

*Check the appropriate box to describe your business:*

☐ [XXX] **Health Care Business (as defined in 11 U.S.C. § 101(27A))**

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a small business debtor?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No. I am not filing under Chapter 11.

☑ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4:    Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.  What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

**Part 5:  Explain Your Efforts to Receive a Briefing About Credit Counseling**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|
| *You must check one:* | *You must check one:* |
| ☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** <br> Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. | ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** <br> Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. |
| ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** <br> Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. | ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** <br> Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. |
| ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** <br> To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. <br> Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. <br> If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. <br> Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. | ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** <br> To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. <br> Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. <br> If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. <br> Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. |
| ☐ **I am not required to receive a briefing about credit counseling because of:** | ☐ **I am not required to receive a briefing about credit counseling because of:** |
| ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. | ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. |
| ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. | ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. |
| ☐ **Active duty.** I am currently on active military duty in a military combat zone. | ☐ **Active duty.** I am currently on active military duty in a military combat zone. |
| If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. | If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Case 25-12395-TWD    Doc 1    Filed 08/28/25    Ent. 08/28/25 18:40:31    Pg. 5 of 70

## Part 6:   Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."*

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.*

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ No. I am not filing under Chapter 7. Go to line 18.

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7:   Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Cristina Suciu (Aug 28, 2025 17:58:07 PDT)

**X** /s/ Cristina Nicoleta Suciu        **X** _____

Signature of Debtor 1               Signature of Debtor 2

Executed on    08/28/2025          Executed on _____
MM / DD / YYYY                  MM / DD / YYYY

| **For your attorney, if you are represented by one**<br><br>**If you are not represented by an attorney, you do not need to file this page.** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
|---|---|

✖ /s/ RICHARD POPE

Signature of Attorney for Debtor

Date    08/28/2025
        MM / DD / YYYY

RICHARD POPE

Printed name

Lake Hills Legal Services PC

Firm name

15600 NE 8TH ST STE B1-358

Number    Street

SUITE B1-358

BELLEVUE                          WA        98008

City                              State     ZIP Code

Contact phone  425-829-5305      Email address  rp98007@gmail.com

21118                             WA

Bar number                        State

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and
>
> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 — Liquidation
- Chapter 11— Reorganization
- Chapter 12— Voluntary repayment plan for family farmers or fishermen
- Chapter 13— Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7:   Liquidation

|   | | |
|---|---|---|
| | $245 | filing fee |
| | $78 | administrative fee |
| + | $15 | trustee surcharge |
| | $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

- most taxes;
- most student loans;
- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and
- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;
- fraud or defalcation while acting in breach of fiduciary capacity;
- intentional injuries that you inflicted; and
- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|--------|------------|
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Chapter 12:  Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|---|---|
| + | $78 | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13:  Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|---|---|
| + | $78 | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

Debtor 1    Cristina Nicoleta Suciu
            _____
            First Name              Middle Name              Last Name

Debtor 2
(Spouse, if filing)  First Name     Middle Name              Last Name

United States Bankruptcy Court for the:  Western District of Washington

Case number
(If known)   _____

☐ Check if this is an
  amended filing

## Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

**12/15**

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**  List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

|  |  | **Unsecured claim** |
|---|---|---|

**1**

Marvin Brecht & Roda Brecht
_____
Creditor's Name

4521 Somerset Dr SE
_____
Number      Street

Bellevue              WA      98006
_____
City                  State   ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim? POC filed against Daniel in 24-1087  $ 530,650.00

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):     $_____
        Value of security:              − $_____
        Unsecured claim                   $_____

**2**

McDowell NW Inc
_____
Creditor's Name

18901 E Valley Hwy S
_____
Number      Street

Kent                  WA      98032
_____
City                  State   ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim? Listed by Daniel in 24-10877 as unk  $ 257,832.28

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):     $_____
        Value of security:              − $_____
        Unsecured claim                   $_____

**Unsecured claim**

| | |
|---|---|
| **3** | **Internal Revenue Service** |

Creditor's Name

PO Box 21126

Number    Street

Philadelphia      PA    19114

City      State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Taxes & Other Government Uni

$ 134,798.47

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured): $ _____
     Value of security: − $ _____
     Unsecured claim    $ _____

---

| | |
|---|---|
| **4** | **Elena Suciu** |

Creditor's Name

5219 NE 11th Ct

Number    Street

Renton      WA    98059

City      State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Listed by Daniel in 24-10877, w

$ 100,000.00

**As of the date you file, the claim is:** Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured): $ _____
     Value of security: − $ _____
     Unsecured claim    $ _____

---

| | |
|---|---|
| **5** | **WA Dept of Labor & Industries** |

Creditor's Name

Collections Department

Number    Street

PO Box 44171

Olympia      WA    98504

City      State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Taxes & Other Government Units

$ 77,915.00

**As of the date you file, the claim is:** Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured): $ _____
     Value of security: − $ _____
     Unsecured claim    $ _____

---

| | |
|---|---|
| **6** | **Jason Anderson** |

Creditor's Name

20935 S 6th Ave

Number    Street

Seattle      WA    98198

City      State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Listed by Daniel in 24-10877. POC

$ 34,728.17

**As of the date you file, the claim is:** Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured): $ _____
     Value of security: − $ _____
     Unsecured claim    $ _____

---

| | |
|---|---|
| **7** | **Enterprise Fleet Mgmt** |

Creditor's Name

c/o Lovik & Juhl

Number    Street

936 N 34th St, # 300

Seattle      WA    98103

City      State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Listed by Daniel in 24-10877, with n

$ 23,541.00

**As of the date you file, the claim is:** Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured): $ _____
     Value of security: − $ _____
     Unsecured claim    $ _____

| | Unsecured claim |
|---|---|

**8**  Dynamic Collectors
Creditor's Name

c/o Joseph Enbody
Number        Street

790 Market Blvd

Sumner                    WA    98352
City                      State  ZIP Code

Contact

Contact phone

What is the nature of the claim? Listed by Daniel in 24-10877. POC f $12,428.00

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
        Value of security:              – $_____
        Unsecured claim                  $_____

---

**9**  Emerald City Law Firm PC
Creditor's Name

20935 S 6th Ave
Number        Street

Seattle                   WA   98198
City                      State  ZIP Code

Contact

Contact phone

What is the nature of the claim? POCs filed in the above amount in 2 $12,271.73

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
        Value of security:              – $_____
        Unsecured claim                  $_____

---

**10**  The Hartford
Creditor's Name

c/o Stuart Lippman and Assoc
Number        Street

5447 E Fifth St

Tucson                    AZ    85711
City                      State  ZIP Code

Contact

Contact phone

What is the nature of the claim? Listed by Daniel in 24-10877 as unkn $7,500.00

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
        Value of security:              – $_____
        Unsecured claim                  $_____

---

**11**  Capital One
Creditor's Name

PO Box 31293
Number        Street

Salt Lake City            UT    84131
City                      State  ZIP Code

Contact

Contact phone

What is the nature of the claim? Listed by Daniel in 24-10877. POC f $5,824.30

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
        Value of security:              – $_____
        Unsecured claim                  $_____

---

**12**  Latife Neu
Creditor's Name

1825 NW 65th St
Number        Street

Seattle                   WA   98117
City                      State  ZIP Code

Contact

Contact phone

What is the nature of the claim? Listed by Daniel in 24-10877. No PO $4,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
        Value of security:              – $_____
        Unsecured claim                  $_____

| | Unsecured claim |
|---|---|

**13** Alaska Cascade Financial Services

Creditor's Name

c/o Huppert Law

Number    Street

612 Harrison St, # 202

Sumner                    WA    98390

City                      State   ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Listed by Daniel in 24-10877, with no  1,200.00

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] None of the above apply

**Does the creditor have a lien on your property?**
- [x] No
- [ ] Yes. Total claim (secured and unsecured):  $_____
  - Value of security:  − $_____
  - Unsecured claim  $_____

**14** Dynamic Collectors

Creditor's Name

790 S Market Blvd

Number    Street

Chehalis                  WA    98532

City                      State   ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Never did business with them. Basels  576.38

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] None of the above apply

**Does the creditor have a lien on your property?**
- [x] No
- [ ] Yes. Total claim (secured and unsecured):  $_____
  - Value of security:  − $_____
  - Unsecured claim  $_____

**15** Jarrod Marks

Creditor's Name

300 Vuemont Pl NE, # P-102

Number    Street

Renton                    WA    98056

City                      State   ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Listed by Daniel in 24-10877 as unkn  Unknown

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] None of the above apply

**Does the creditor have a lien on your property?**
- [x] No
- [ ] Yes. Total claim (secured and unsecured):  $_____
  - Value of security:  − $_____
  - Unsecured claim  $_____

**16** Patricia Hunter

Creditor's Name

PO Box 23699

Number    Street

Federal Way               WA    98093

City                      State   ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Daniel's prior patient care ombuds. N  0.00

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed
- [ ] None of the above apply

**Does the creditor have a lien on your property?**
- [x] No
- [ ] Yes. Total claim (secured and unsecured):  $_____
  - Value of security:  − $_____
  - Unsecured claim  $_____

**17** Law Office of Marc Stern

Creditor's Name

1825 NW 65th St

Number    Street

Seattle                   WA    98117

City                      State   ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Daniel's prior bankruptcy attorney. N  Unknown

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] None of the above apply

**Does the creditor have a lien on your property?**
- [x] No
- [ ] Yes. Total claim (secured and unsecured):  $_____
  - Value of security:  − $_____
  - Unsecured claim  $_____

**Unsecured claim**

| | |
|---|---|
| **18** | |

Employment Security Dept
Creditor's Name

UI Tax Admin
Number     Street

PO Box 9046

Olympia      WA   98507
City      State    ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim? <u>Taxes & Other Government Units</u>

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
        Value of security:    − $_____
        Unsecured claim      $_____

$ Unknown

---

| | |
|---|---|
| **19** | |

WA Dept of Revenue
Creditor's Name

2101 4th Ave, Suite 1400
Number     Street

Seattle      WA   98121
City      State    ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim? <u>Taxes & Other Government Units</u>

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
        Value of security:    − $_____
        Unsecured claim      $_____

$ Unknown

---

| | |
|---|---|
| **20** | |

Michael S DeLeo
Creditor's Name

10900 NE 4th St, Suite 1850
Number     Street

Bellevue      WA   98004
City      State    ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim? <u>Daniel's prior Subchapter V trustee. I</u>

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
        Value of security:    − $_____
        Unsecured claim      $_____

$ Unknown

32

Official Form 104     **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**     page 5

Case 25-12395-TWD    Doc 1    Filed 08/28/25    Ent. 08/28/25 18:40:31    Pg. 16 of 70

Debtor 1    Cristina Nicoleta Suciu
        First Name     Middle Name     Last Name                 Case number (if known)

| Part 2: | Sign Below |
|---|---|

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

Cristina Suciu (Aug 28, 2025 17:58:07 PDT)

✖ /s/ Cristina Nicoleta Suciu          ✖

Signature of Debtor 1                      Signature of Debtor 2

Date  08/28/2025              Date  08/28/2025
     MM / DD / YYYY                     MM / DD / YYYY

Official Form 104     **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**     page 6

Case 25-12395-TWD    Doc 1    Filed 08/28/25    Ent. 08/28/25 18:40:31    Pg. 17 of 70

**Fill in this information to identify your case:**

Debtor 1    Cristina Nicoleta Suciu
First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)   First Name      Middle Name      Last Name

United States Bankruptcy Court for the:   Western District of Washington

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 122B

# Chapter 11 Statement of Your Current Monthly Income    12/21

**You must file this form if you are an individual and are filing for bankruptcy under Chapter 11 (other than Subchapter V). If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).**

### Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☑ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

   **Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|   | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ 0.00 |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ 0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 38,216.0 | $ 0.00 | | |
| Ordinary and necessary operating expenses | − $ 28,254. | $ 0.00 | | |
| Net monthly income from a business, profession, or farm | $ 9,962.0 | $ 0.00 | Copy here ➔ $ 9,962.00 | $ 0.00 |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | $ 0.00 | | |
| Ordinary and necessary operating expenses | − $ 0.00 | − $ 0.00 | | |
| Net monthly income from rental or other real property | $ 0.00 | $ 0.00 | Copy here ➔ $ 0.00 | $ 0.00 |

Case 25-12395-TWD    Doc 1    Filed 08/28/25    Ent. 08/28/25 18:40:31    Pg. 18 of 70

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|
| **7. Interest, dividends, and royalties** | $ 0.00 | $ 0.00 |
| **8. Unemployment compensation** | $ 0.00 | $ 0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ................................↓

For you ............................................................. $_____

For your spouse .............................................. $_____

9. Pension or retirement income. Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

$ 0.00      $ 0.00

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments made under the Federal law relating to the national emergency declared by the President under the National Emergencies Act (50 U.S.C. 1601 et seq.) with respect to the coronavirus disease 2019 (COVID-19); payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

$ 0.00      $ 0.00

$ 0.00      $ 0.00

+ $ 0.00      + $ 0.00

Total amounts from separate pages, if any.

| $ 9,962.00 | + | $ 0.00 | = | $ 9,962.00 |
|---|---|---|---|---|

**Total current monthly income**

11. **Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

---

**Part 2:** Sign Below

---

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.


Cristina Suciu (Aug 28, 2025 17:58:07 PDT)

✗ /s/ Cristina Nicoleta Suciu

Signature of Debtor 1

08/28/2025
Date _____
MM / DD / YYYY

✗ _____

Signature of Debtor 2

08/28/2025
Date _____
MM / DD / YYYY

Case 25-12395-TWD    Doc 1    Filed 08/28/25    Ent. 08/28/25 18:40:31    Pg. 19 of 70

Debtor 1      Cristina Nicoleta Suciu
_____
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  _____
First Name          Middle Name          Last Name

United States Bankruptcy Court for the: Western District of Washington

Case number  _____
(If known)

☐ Check if this is an
amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information   **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:   Summarize Your Assets

**Your assets**
Value of what you own

1.  *Schedule A/B: Property* (Official Form 106A/B)
    1a. Copy line 55, Total real estate, from *Schedule A/B*..................................................... $4,582,100.00

    1b. Copy line 62, Total personal property, from *Schedule A/B*.......................................... $1,840,292.45

    1c. Copy line 63, Total of all property on *Schedule A/B* .................................................... $6,422,392.45

### Part 2:   Summarize Your Liabilities

**Your liabilities**
Amount you owe

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
    2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ............ $3,081,519.73

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
    3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ............................................. $212,713.47

    3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................. + $990,551.86

    **Your total liabilities** $4,284,785.06

### Part 3:   Summarize Your Income and Expenses

4.  *Schedule I: Your Income* (Official Form 106I)
    Copy your combined monthly income from line 12 of *Schedule I* .................................................................... $9,962.00

5.  *Schedule J: Your Expenses* (Official Form 106J)
    Copy your monthly expenses from line 22c of *Schedule J* ...................................................................... $7,553.00

## Part 4: Answer These Questions for Administrative and Statistical Records

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

**7. What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8. From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

**9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $_____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $_____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $_____ |
| 9d. Student loans. (Copy line 6f.) | $_____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $_____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $_____ |
| 9g. **Total.** Add lines 9a through 9f. | $_____ |

Debtor 1      Cristina Nicoleta Suciu
_____
              First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the: Western District of Washington

Case number  _____

☐ Check if this is an
   amended filing

## Official Form 106A/B

# Schedule A/B: Property                                          12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   **1.1.** 16028 NE 184th Place
   _____
   Street address, if available, or other description

   _____

   Woodinville              WA      98072
   _____
   City                     State    ZIP Code

   King County
   _____
   County

   **What is the property?** Check all that apply.
   ☑ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   **Other information you wish to add about this item, such as local property identification number:**
   Homestead of Debtor. We have used a 06/11/2025 "Broker Price Opinion" sworn to by Kirk Russell, which was procured by creditor Nadlan Group LLC, for the value. Actual saleable value could be considerably less, and Debtor believes net proceeds could be as little as $1,600,000.

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   **Current value of the entire property?**      **Current value of the portion you own?**
   $ 3,400,000.00                                 $ 3,400,000.00

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
   Fee simple

   ☑ **Check if this is community property**

   If you own or have more than one, list here:

   **1.2.** 36058 21st Ln S
   _____
   Street address, if available, or other description

   _____

   Federal Way              WA      98003
   _____
   City                     State    ZIP Code

   King County
   _____
   County

   **What is the property?** Check all that apply.
   ☑ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   **Other information you wish to add about this item, such as local property identification number:**
   Homestead of Daniel Vasile Suciu, estranged husband of Debtor

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   **Current value of the entire property?**      **Current value of the portion you own?**
   $ 1,182,100.00                                 $ 1,182,100.00

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
   Fee simple

   ☑ **Check if this is community property**
   (see instructions)

1. ____

_____
Street address, if available, or other description

_____

_____

_____
City        State    ZIP Code

_____
County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ **Check if this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** ...................................................➔ | $ 4,582,100.00

## Part 2:   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1. Make:   Audi

Model: _____

Year:      2017

Approximate mileage:   125,000

Other information:

Condition: ; Daniel Suciu vehicle

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$ 17,000.00    $ 17,000.00

If you own or have more than one, describe here:

3.2. Make:   Nissan

Model: _____

Year:      2022

Approximate mileage: _____

Other information:

Condition: ; Sebastian Suciu vehicle

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$ 15,000.00    $ 15,000.00

3.3. Make: Ford

Model: Expedition

Year: 2016

Approximate mileage: 167,000

Other information:

Condition: Good

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $7,000.00

**Current value of the portion you own?** $7,000.00

___ Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $_____

**Current value of the portion you own?** $_____

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

4.1. Make: _____

Model: _____

Year: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $_____

**Current value of the portion you own?** $_____

If you own or have more than one, list here:

4.2. Make: _____

Model: _____

Year: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $_____

**Current value of the portion you own?** $_____

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ⋯⋯⋯⋯⋯⋯⋯⋯⋯➔ $39,000.00

---

## Part 3:    Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**

Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

- [ ] No
- [x] Yes. Describe.........

Household goods and furnishings

$ 5,300.00

**7. Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

- [ ] No
- [x] Yes. Describe.........

Computer, printer, photos

$ 1,000.00

**8. Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

- [x] No
- [ ] Yes. Describe.........

$ 0.00

**9. Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

- [x] No
- [ ] Yes. Describe.........

$ 0.00

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

- [x] No
- [ ] Yes. Describe.........

$ 0.00

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

- [ ] No
- [x] Yes. Describe.........

Clothing

$ 400.00

**12. Jewelry**

Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

- [ ] No
- [x] Yes. Describe.........

Watches, etc

$ 1,000.00

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

- [x] No
- [ ] Yes. Describe.........

$ 0.00

**14. Any other personal and household items you did not already list, including any health aids you did not list**

- [x] No
- [ ] Yes. Give specific information...............

$ 0.00

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .............................................................➔

$ 7,700.00

**Part 4:**    Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**

   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

   ☐ No
   ☑ Yes.................................................................................................................................... Cash: .................... $ 40.00

17. **Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

   ☐ No
   ☑ Yes..................... Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | Bank of America (personal account) | $ 1,200.00 |
| 17.2. Checking account: | Bank of America (business account) | $ 3,300.00 |
| 17.3. Savings account: | | $ |
| 17.4. Savings account: | | $ |
| 17.5. Certificates of deposit: | | $ |
| 17.6. Other financial account: | | $ |
| 17.7. Other financial account: | | $ |
| 17.8. Other financial account: | | $ |
| 17.9. Other financial account: | | $ |

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

   ☑ No
   ☐ Yes.................
   Institution or issuer name:

   _____ $ _____
   _____ $ _____
   _____ $ _____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

   ☐ No
   ☑ Yes. Give specific information about them. .......................

| Name of entity: | % of ownership: | |
|---|---|---|
| Lake Leota Senior Care LLC (paper non-operating LLC, nominal value) | _____ % | $ 100.00 |
| Lake Leota Senior Care (sole proprietorship, business assets included in Item 40) | _____ % | $ 0.00 |
| See attached listing of closed businesses of Daniel Suciu, all believed to have zero value | _____ % | $ 0.00 |

## LISTING OF CLOSED BUSINESSES ASSOCIATED WITH DANIEL SUCIU

| Business name | Owners and officers | UBI # | Business ID # | Location ID # |
|---|---|---|---|---|
| 2113 AURORA AVE N LLC | SUCIU, DANIEL | 604-435-671 | | |
| AAA PLUS ADULT FAMILY HOME | SUCIU, DANIEL | 603-177-715 | 001 | 0001 |
| FRIENDLY OLD FOLKS HOME LLC | SUCIU, DANIEL | 604-495-297 | | |
| ID BUILD LLC | SUCIU, DANIEL | 603-595-044 | 001 | 0002 |
| LFP LAKE VIEW CONDOS LLC | SUCIU, DANIEL | 604-542-683 | | |
| PALATINE HILL INVESTMENTS LLC | SUCIU, DANIEL | 604-477-412 | | |
| POLLIE INVESTMENTS LLC | SUCIU, DANIEL | 604-756-131 | | |
| POLLIE LLC | SUCIU, DANIEL | 604-740-287 | | |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific information about them. .....................

     Issuer name:

_____    $_____

_____    $_____

_____    $_____

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes. List each account separately.    Institution name:

     Type of account:

401(k) or similar plan:    _____    $_____

Pension plan:    _____    $_____

IRA:    _____    $_____

Retirement account:    _____    $_____

Keogh:    _____    $_____

Additional account:    _____    $_____

Additional account:    _____    $_____

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No

☐ Yes.........................    Institution name or individual:

Electric:    _____    $_____

Gas:    _____    $_____

Heating oil:    _____    $_____

Rental unit:    _____    $_____

Prepaid rent:    _____    $_____

Telephone:    _____    $_____

Water:    _____    $_____

Rented furniture:    _____    $_____

Other:    _____    $_____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes...........................    Issuer name and description:

_____    $_____

_____    $_____

_____    $_____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes ................................. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____  $_____

_____  $_____

_____  $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific information about them. ..

$0.00

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific information about them. ..

$0.00

27. **Licenses, franchises, and other general intangibles**

*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific information about them. ..

$0.00

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☐ No

☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ......................

There are issues for prior federal tax years as to whether I owe them, or they owe refund. Likely any refund would apply to tax debt first.

Federal:  $ Unknown

State:  $ 0.00

Local:  $ 0.00

29. **Family support**

*Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information. .............

Alimony:  $ 0.00

Maintenance:  $ 0.00

Support:  $ 0.00

Divorce settlement:  $ 0.00

Property settlement:  $ 0.00

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information. .............

$ 0.00

---

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| | | $_____ |
| | | $_____ |
| | | $_____ |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information. .............

$0.00

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No

☑ Yes. Describe each claim.....................

(See attached page for full description of claims) As a potential asset of Cristina Suciu's bankruptcy estate , she asserts claims against Kristian Beckett, attorney for Gaile Johnson, and Johnson for slander of title, abuse of process, malicious prosecution, and intentional infliction of emotional distress. The claims arise from a

$1,778,952.45

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim. ..............

$0.00

**35. Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information. ...........

$0.00

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** .................................................. ➜

$1,783,592.45

---

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

**37. Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.

☑ Yes. Go to line 38.

**Current value of the portion you own?**

Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe.......

$0.00

**39. Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

☐ Yes. Describe.......

$0.00

## Addendum to Schedule B, Paragraph 33, Claims against third parties

As a potential asset of Cristina Suciu's bankruptcy estate (Case No. 25-10742-TWD), she asserts claims against the Estate of James Robert Deal, Emelyn Lim Pateno Deal (individually and as executor), their marital community, Daniel Suciu, Nadlan Group LLC, Amit Erez, and Eyal Hillel for legal malpractice, LLC mismanagement, and breach of fiduciary duty. The claims arise from a $312,988.85 judgment and invalid lien on Ms. Suciu's Woodinville homestead, resulting from Deal's failure to defend a 2022 lawsuit (Nadlan Group LLC v. Friendly Old Folks Home LLC, King County No. 22-2-11195-0 KNT), failure to communicate with Ms. Suciu (who trusted her husband Daniel's engagement of Deal), and undisclosed conflicts of interest, alongside mismanagement of Friendly Old Folks Home LLC by Deal, Daniel Suciu, and Nadlan (managed by Erez and Hillel), which led to foreclosure of the LLC's property. Ms. Suciu seeks $1,028,952.45, including damages for financial loss, bankruptcy fees, emotional distress, and reputational harm, which includes $100,000 of liability that would be covered by ABC Insurance Company (name of insurer not known at present) for Deal's malpractice policy coverage.

As a potential asset of Cristina Suciu's bankruptcy estate (Case No. 25-10742-TWD), she asserts claims against Kristian Beckett, attorney for Gaile Johnson, and Johnson for slander of title, abuse of process, malicious prosecution, and intentional infliction of emotional distress. The claims arise from a $879,000 default judgment and invalid lien on Ms. Suciu's Woodinville homestead, obtained in *Johnson v. State Farm, et al.* (King County No. 20-2-11173-2 SEA) without proper service on Daniel Suciu, rendering the judgment void. Beckett violated CR 5(a), CR 55(a)(3), CR 55(f)(2)(B), and RPC 3.4 and 4.4 by failing to serve 35 Superior Court filings (648 pages) and 15 Court of Appeals filings (6 in Case No. 832328-I, 745 pages; 9 in Case No. 842188-I, 911 pages) on Daniel, an unrepresented party who had properly appeared, filing an unnoted default motion, and misrepresenting Ms. Suciu's liability despite her non-party status. Defendants resisted CR 35 examinations, which had been repeatedly ordered by the trial court on the motion of a different defendant (Johnson's insurer, as underinsured coverage) relating to same accident Daniel was accused of, filing meritless appeals (Case Nos. 832328-I, 842188-I), concealing weak claims. Ms. Suciu seeks $1,050,000 for financial loss, emotional distress, reputational harm, and attorney fees, with an estimated value of $500,000–$750,000, reflecting the judgment's impact and litigation risks. These damages would be in addition to either vacating the judgment and/or declaring the judgment void (or at least not affecting Cristina) in an independent lawsuit.

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No
☑ Yes. Describe...... | Equipment etc used in Lake Leota Senior Care Busiess | $ 10,000.00

**41. Inventory**

☑ No
☐ Yes. Describe....... | | $ 0.00

**42. Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe........

Name of entity:                                          % of ownership:

_____    _____%    $_____
_____    _____%    $_____
_____    _____%    $_____

**43. Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

☐ No
☐ Yes. Describe......... | | $ 0.00

**44. Any business-related property you did not already list**

☑ No
☐ Yes. Give specific
    information .........    _____    $_____
                           _____    $_____
                           _____    $_____
                           _____    $_____
                           _____    $_____
                           _____    $_____

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here** ...................................................................    ➔    $ 10,000.00

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the
portion you own?**
Do not deduct secured claims
or exemptions.

**47. Farm animals**

*Examples*: Livestock, poultry, farm-raised fish

☐ No
☐ Yes.......................... | | $_____

48. **Crops—either growing or harvested**

☐ No
☐ Yes. Give specific information. ...........

$ _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No
☐ Yes..........................

$ _____

50. **Farm and fishing supplies, chemicals, and feed**

☐ No
☐ Yes..........................

$ _____

51. **Any farm- and commercial fishing-related property you did not already list**

☐ No
☐ Yes. Give specific information. ...........

$ _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ...........................➔

$ 0.00

---

## Part 7:  Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☒ No
☐ Yes. Give specific information. ...........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .....................➔

$ 0.00

---

## Part 8:  List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ...........................➔  $ 4,582,100.00

56. **Part 2: Total vehicles, line 5**  $ 39,000.00

57. **Part 3: Total personal and household items, line 15**  $ 7,700.00

58. **Part 4: Total financial assets, line 36**  $ 1,783,592.45

59. **Part 5: Total business-related property, line 45**  $ 10,000.00

60. **Part 6: Total farm- and fishing-related property, line 52**  $ 0.00

61. **Part 7: Total other property not listed, line 54**  + $ 0.00

62. **Total personal property.** Add lines 56 through 61. .................  $ 1,840,292.45   Copy personal property total ➔ + $ 1,840,292.45

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. ...........  $ 6,422,392.45

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Cristina Nicoleta Suciu | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Western District of Washington

Case number _____
(If known)

☐ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                    4/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 16028 NE 184th Place<br><br>Line from *Schedule A/B*: 1.1 | $ 3,400,000.00 | ☑ $ 968,300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | RCW 6.13.030 |
| Brief description: Household Goods - Household goods and furnishings<br><br>Line from *Schedule A/B*: 6 | $ 5,300.00 | ☑ $ 5,300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | RCW 6.15.010(1)(d)(i) |
| Brief description: Electronics - Computer, printer, photos<br><br>Line from *Schedule A/B*: 7 | $ 1,000.00 | ☑ $ 1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | RCW 6.15.010(1)(c) |

3. **Are you claiming a homestead exemption of more than $214,000?**

   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☑ No

       ☐ Yes

**Part 2:**  Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from Schedule A/B | Amount of the exemption you claim Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Clothing - Clothing  Line from *Schedule A/B*: 11 | $400.00 | ☑ $400.00  ☐ 100% of fair market value, up to any applicable statutory limit | 6.15.010(1)(a) |
| Brief description: Jewelry - Watches, etc  Line from *Schedule A/B*: 12 | $1,000.00 | ☑ $1,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | 6.15.010(1)(a) |
| Brief description: Cash on hand (Cash on Hand)  Line from *Schedule A/B*: 16 | $40.00 | ☑ $40.00  ☐ 100% of fair market value, up to any applicable statutory limit | RCW 6.15.010(1)(d)(ii) |
| Brief description: Bank of America (personal account) (Checking Account)  Line from *Schedule A/B*: 17.1 | $1,200.00 | ☑ $500.00  ☐ 100% of fair market value, up to any applicable statutory limit | RCW 6.15.010(1)(d)(ii) |
| Brief description: Bank of America (personal account) (Checking Account)  Line from *Schedule A/B*: 17.1 | $1,200.00 | ☑ $700.00  ☐ 100% of fair market value, up to any applicable statutory limit | RCW 6.15.010(1)(d)(ii) |
| Brief description: Bank of America (business account) (Checking Account)  Line from *Schedule A/B*: 17.2 | $3,300.00 | ☑ $500.00  ☐ 100% of fair market value, up to any applicable statutory limit | RCW 6.15.010(1)(d)(ii) |
| Brief description: Bank of America (business account) (Checking Account)  Line from *Schedule A/B*: 17.2 | $3,300.00 | ☑ $2,800.00  ☐ 100% of fair market value, up to any applicable statutory limit | RCW 6.15.010(1)(d)(ii) |
| Brief description: Lake Leota Senior Care LLC (paper non-operating LLC, nominal value)  Line from *Schedule A/B*: 19 | $100.00 | ☑ $100.00  ☐ 100% of fair market value, up to any applicable statutory limit | RCW 6.15.010(1)(d)(ii) |
| Brief description: Equipment etc used in Lake Leota Senior Care Busiess  Line from *Schedule A/B*: 40 | $10,000.00 | ☑ $10,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | RCW 6.15.010(1)(e) |
| Brief description:  Line from *Schedule A/B*: | $_____ | ☐ $_____  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:  Line from *Schedule A/B*: | $_____ | ☐ $_____  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:  Line from *Schedule A/B*: | $_____ | ☐ $_____  ☐ 100% of fair market value, up to any applicable statutory limit | |

**Fill in this information to identify your case:**

Debtor 1    Cristina Nicoleta Suciu
            First Name      Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name     Last Name

United States Bankruptcy Court for the:  Western District of Washington

Case number
(if know)

☐ Check if this is
an amended
filing

## Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.
If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write
your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
| --- | --- |

| 2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
| --- | --- | --- | --- |

**2.1**

Describe the property that secures the claim:   $ 21,000.00    $ 15,000.00    $ 6,000.00

Ally Financial
Creditor's Name
PO Box 981307
Number         Street
Minneapolis MN   55438
City      State   ZIP Code

2022 Nissan - $15,000.00 Sebastian Suciu car loan, unsure of
contractual status of loan, as in who signed for it, etc. Creditor
POC's not filed in prior BK cases.

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a
community debt**

Date debt was incurred _____

**As of the date you file, the claim is:** Check all
that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or
secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)  Sebastian Suciu car loan

**Last 4 digits of account number**

| 2.2 | Describe the property that secures the claim: | $ 8,480.65 | $ 0.00 | $ 0.00 |

A Place for Mom Inc
Creditor's Name

530 5th Ave, 25th Floor
Number          Street

New York NY        10036
City        State      ZIP Code

Federal Way and Woodinville property have clouded title by ineffective lien - $0.00 Judgment entered King County Superior Court No 15-2-13704-2SEA for debt owed by Cristina's business. Bank account garnished for full judgment, no satisfaction ever entered. Judgment now barred by 10 yr SOL. Cloud on title previously. Not recorded with Recorder.

**Who owes the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

**Date debt was incurred**  06/15/2015

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.

- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [x] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  Barred by 10 yr SOL, paid in full

**Last 4 digits of account number**

---

| 2.3 | Describe the property that secures the claim: | $ 36,108.65 | $ 1,182,100.00 | $ 0.00 |

Dept of Housing and Urban Development
Creditor's Name

451 7th St SW
Number          Street

Washington DC        20410
City        State      ZIP Code

36058 21st Ln S - $1,182,100.00 Don't understand the purpose of this item. DOT and promissory note appear to have been signed, don't recall getting any loan.

**Who owes the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

**Date debt was incurred**  _____

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.

- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)  Unsure why

**Last 4 digits of account number**

| 2.4 | | Describe the property that secures the claim: | $ 1,071,830.63 | $ 4,582,100.00 | $ 0.00 |

Gaile Johnson
Creditor's Name

8752 W Overland Rd, Suite 110
Number        Street
c/o Beckett Law Firm

Boise   ID     83709
City   State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Federal Way Property, Woodinville Property - $4,582,100.00 Judgment and debt is solely Daniel's debt at the personal level, no personal liability of Debtor. Debtor is not named in lawsuit or judgment, nor are any community liability allegations made, despite creditor having full knowledge of Debtor's marriage and identity before filing lawsuit. Judgment is void even with respect to Daniel, as he was never properly served. Creditor litigated the matter for 21 months without serving trial court or appellate pleadings on Daniel as required by CR 5, despite his appearance. In addition to being void, judgment was obtained by fraud, misrepresentation and irregularity. Not valid against Debtor anyway

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [x] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

**Last 4 digits of account number**

| 2.5 | | Describe the property that secures the claim: | $ 150,000.00 | $ 1,182,100.00 | $ 0.00 |

Huon Kong
Creditor's Name

18303 123rd St E
Number        Street
Bonney Lake WA   98391
City   State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

**Date debt was incurred** _____

36058 21st Ln S - $1,182,100.00 Unsure of contractual, i.e personal, status of liability. No POC filed in prior BK cases. There does appear to be a valid deed of trust executed by both Daniel and Cristina. This loan had something to do with Daniel's business dealings.

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)  Husband debt _____

**Last 4 digits of account number**

| 2.6 | | Describe the property that secures the claim: | $ 36,900.00 | $ 1,182,100.00 | $ 0.00 |

King County DLS Permitting
_____
Creditor's Name

919 SW Grady Way, Suite 300
_____
Number        Street

Renton    WA    98057
_____
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

**Date debt was incurred** _____

36058 21st Ln S - $1,182,100.00 Code violation lien from 2018 incurred by prior owner of Federal Way property. Not sure why this appears on title, especially after 2022 refinance that should have caused all prior title encumberances to be cleared.

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [x] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
Recorded code violation lien agaist prior owner

**Last 4 digits of account number**

---

| 2.7 | | Describe the property that secures the claim: | $ 402,355.66 | $ 4,582,200.00 | $ 0.00 |

Nadlan Group LLC
_____
Creditor's Name

17203 NE 34rd St
_____
Number        Street

Redmond    WA    98052
_____
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Federal Way Property, Woodinville Property, 2 non-operating LLC's - $4,582,200.00 Judgment and debt is solely Daniel's debt at the personal level, no personal liability of Debtor. Lien of judgment likely void due to noncompliance with judgment summary law and noncompliance with recording laws. Charging orders, procedurally void, were obtained against two non-operating LLC's, Friendly Old Folks Home LLC and Lake Leota Senior Care LLC. Judgment is void against Debtor's interests in community property, as Debtor was not properly named as defendant or judgment debtor, despite creditor knowing Debtor's name. Numerous defenses exist to any liability of Debtor or the marital community.

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [x] Judgment lien from a lawsuit
- [ ] Other (including a right to offset)

**Last 4 digits of account number**

---

| 2.8 | | Describe the property that secures the claim: | $ 693,150.00 | $ 1,182,100.00 | $ 0.00 |

Pennymac Loan Services
_____
Creditor's Name

6101 Condor Dr, Suite 200
_____
Number        Street

Moorpark    CA    93021
_____
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

**Date debt was incurred** 05/07/2022

36058 21st Ln S - $1,182,100.00

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset)

**Last 4 digits of account number**

| 2.9 | Describe the property that secures the claim: | $ 635,694.14 | $ 3,400,000.00 | $ 0.00 |
|---|---|---|---|---|

Select Portfolio Servicing
Creditor's Name

PO Box 65250
Number          Street

Salt Lake City UT    84165
City        State    ZIP Code

16028 NE 184th Place - $3,400,000.00

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset)

**Last 4 digits of account number**

---

| 2.10 | Describe the property that secures the claim: | $ 0.00 | $ 1,182,100.00 | $ 0.00 |
|---|---|---|---|---|

Sergey Kozhevnikov c/o L Buts
Creditor's Name

1100 A Highway 395 S
Number          Street

Addy  WA    99101
City        State    ZIP Code

36058 21st Ln S - $1,182,100.00 Deed of trust taken out in 2020 to buy Federal Way property from prior owner. Should have been paid off and cleared from title in 2022 refinance. DOT holder never executed reconveyance, and title is still clouded by this DOT. Holder is trying to extort nuisance value currently to obtain reconveyance of DOT in any sale of Federal Way property. Nothing should be owed, and if it is, title/escrow from 2022 transaction owes a title liability claim.

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset)

**Last 4 digits of account number**

---

| 2.11 | Describe the property that secures the claim: | $ 26,000.00 | $ 17,000.00 | $ 9,000.00 |
|---|---|---|---|---|

WSECU
Creditor's Name

PO Box 1595 WSECU
Number          Street

Olympia WA    98507
City        State    ZIP Code

2017 Audi - $17,000.00 Loan contracted only by Daniel per POC filed in 24-10877. Daniel's debt, Debtor has no personal liability.

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
Car loan made by Daniel Suciu

**Last 4 digits of account number**

---

Add the dollar value of your entries in Column A on this page. Write that number here:   $ 3,081,519.73

---

**Part 2:**   List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

## Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Cristina Nicoleta Suciu |
| | First Name     Middle Name     Last Name |
| Debtor 2 (Spouse, if filing) | |
| | First Name     Middle Name     Last Name |

United States Bankruptcy Court for the: Western District of Washington

Case number (if know) _____

☐ Check if this is an amended filing

## Official Form 106E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**

Employment Security Dept
Priority Creditor's Name

UI Tax Admin
Number   Street

PO Box 9046

Olympia WA   98507
City   State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Total claim: $ Unknown
Priority amount: $ Unknown
Nonpriority amount: $ Unknown

| 2.2 | Internal Revenue Service | | | $ 134,798.47 | $ 67,618.88 | $ 67,179.59 |

**2.2**

Internal Revenue Service
Priority Creditor's Name

PO Box 21126
Number    Street

Philadelphia PA    19114
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of PRIORITY unsecured claim:**
- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify

$ 134,798.47    $ 67,618.88    $ 67,179.59

---

**2.3**

WA Dept of Labor & Industries
Priority Creditor's Name

Collections Department
Number    Street

PO Box 44171

Olympia WA    98504
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of PRIORITY unsecured claim:**
- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify

$ 77,915.00    $ 0.00    $ 77,915.00

---

**2.4**

WA Dept of Revenue
Priority Creditor's Name

2101 4th Ave, Suite 1400
Number    Street

Seattle WA    98121
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of PRIORITY unsecured claim:**
- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify

$ Unknown    $ Unknown    $ Unknown

---

**Part 2:    List All of Your NONPRIORITY Unsecured Claims**

**3. Do any creditors have nonpriority unsecured claims against you?**
- [ ] No. You have nothing else to report in this part. Submit to the court with your other schedules.
- [x] Yes. Fill in all of the information below.

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

| 4.1 | Alaska Cascade Financial Services | Last 4 digits of account number _____ | $ 1,200.00 |

**Alaska Cascade Financial Services**
Nonpriority Creditor's Name

**c/o Huppert Law**
Number   Street

**612 Harrison St, # 202**

**Sumner WA    98390**

City       State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Listed by Daniel in 24-10877, with no POC filed. Daniel's debt, no personal liability.

---

| 4.2 | Capital One | Last 4 digits of account number | $ 5,824.30 |

**Capital One**
Nonpriority Creditor's Name

**PO Box 31293**
Number   Street

**Salt Lake City UT    84131**

City       State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Listed by Daniel in 24-10877. POC filed above amount. Daniel's debt, no personal liability.

---

| 4.3 | Dynamic Collectors | Last 4 digits of account number | $ 576.38 |

**Dynamic Collectors**
Nonpriority Creditor's Name

**790 S Market Blvd**
Number   Street

**Chehalis WA    98532**

City       State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Never did business with them. Baseless POC filed in 25-10742 without documentation.

| 4.4 | Dynamic Collectors | Last 4 digits of account number ___ ___ ___ ___ | $ 12,428.00 |

**Dynamic Collectors**
Nonpriority Creditor's Name

c/o Joseph Enbody

790 Market Blvd
Number    Street

Sumner WA    98352
City    State    ZIP Code

**Who owes the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Listed by Daniel in 24-10877. POC filed for only $201.30. Daniel's debt, no personal liability.

---

| 4.5 | Elena Suciu | | $ 100,000.00 |

**Elena Suciu**
Nonpriority Creditor's Name

5219 NE 11th Ct
Number    Street

Renton WA    98059
City    State    ZIP Code

**Who owes the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Listed by Daniel in 24-10877, with no POC filed. Daniel's debt, no personal liability.

---

| 4.6 | Emerald City Law Firm PC | | $ 12,271.73 |

**Emerald City Law Firm PC**
Nonpriority Creditor's Name

20935 S 6th Ave
Number    Street

Seattle WA    98198
City    State    ZIP Code

**Who owes the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  POCs filed in the above amount in 24-10877. Daniel did not schedule. Lesser POC filed in 25-10742. Daniel's debt. No personal liability.

**4.7** | Enterprise Fleet Mgmt
_____
Nonpriority Creditor's Name

c/o Lovik & Juhl
_____

936 N 34th St, # 300
_____
Number    Street

Seattle WA    98103
_____
City    State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Listed by Daniel in 24-10877, with no POC filed. Daniel's debt, no personal liability.

$ 23,541.00

---

**4.8** | Jarrod Marks
_____
Nonpriority Creditor's Name

300 Vuemont Pl NE, # P-102
_____
Number    Street

Renton WA    98056
_____
City    State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Listed by Daniel in 24-10877 as unknown, with no POC filed. Daniel's debt, no personal liability.

$ Unknown

---

**4.9** | Jason Anderson
_____
Nonpriority Creditor's Name

20935 S 6th Ave
_____
Number    Street

Seattle WA    98198
_____
City    State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Listed by Daniel in 24-10877. POC filed above amount vs Daniel. Lower amount filed in 25-10742.Daniel's debt, no personal liability.

$ 34,728.17

| 4.10 | Latife Neu | | Last 4 digits of account number _____ | | $ 4,000.00 |

**4.10**

**Latife Neu**
Nonpriority Creditor's Name

1825 NW 65th St
Number    Street

Seattle WA    98117
City    State    ZIP Code

**Who owes the debt? Check one.**
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Listed by Daniel in 24-10877. No POC filed. Daniel's debt. No personal liability.

$ 4,000.00

---

**4.11**

**Law Office of Marc Stern**
Nonpriority Creditor's Name

1825 NW 65th St
Number    Street

Seattle WA    98117
City    State    ZIP Code

**Who owes the debt? Check one.**
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Daniel's prior bankruptcy attorney. Not known if unpaid balance alleged. Daniel's debt. No personal liability

$ Unknown

---

**4.12**

**Marvin Brecht & Roda Brecht**
Nonpriority Creditor's Name

4521 Somerset Dr SE
Number    Street

Bellevue WA    98006
City    State    ZIP Code

**Who owes the debt? Check one.**
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  POC filed against Daniel in 24-10877. Creditors have declared no claim vs Cristina. Daniel's debt. No personal liability.

$ 530,650.00

**4.13** McDowell NW Inc

Nonpriority Creditor's Name

18901 E Valley Hwy S

Number    Street

Kent   WA    98032

City    State    ZIP Code

**Who owes the debt? Check one.**

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim relates to a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Listed by Daniel in 24-10877 as unknown. POC filed in above amount. Daniel's debt. No personal liability.

$ 257,832.28

---

**4.14** Michael S DeLeo

Nonpriority Creditor's Name

10900 NE 4th St, Suite 1850

Number    Street

Bellevue WA    98004

City    State    ZIP Code

**Who owes the debt? Check one.**

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim relates to a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Daniel's prior Subchapter V trustee. Not known if unpaid balance alleged. Daniel's debt. No personal liability.

$ Unknown

---

**4.15** Patricia Hunter

Nonpriority Creditor's Name

PO Box 23699

Number    Street

Federal Way WA    98093

City    State    ZIP Code

**Who owes the debt? Check one.**

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim relates to a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Daniel's prior patient care ombuds. Not known if unpaid balance alleged. Daniel's debt. No personal liability.

$ 0.00

| 4.16 | The Hartford | Last 4 digits of account number | | $ 7,500.00 |

**Nonpriority Creditor's Name**

c/o Stuart Lippman and Assoc

Number    Street

5447 E Fifth St

Tucson AZ    85711

City     State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim relates to a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Listed by Daniel in 24-10877 as unknown.
POC filed in above amount. Daniel's debt. No personal liability.

---

| **Part 3:** | List Others to Be Notified About a Debt That You Already Listed |

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

| **Part 4:** | Add the Amounts for Each Type of Unsecured Claim |

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

| | | | Total claim |
| --- | --- | --- | --- |
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | $ 212,713.47 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. | $ 212,713.47 |

| | | | Total claim |
| --- | --- | --- | --- |
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $ 0.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 990,551.86 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. | $ 990,551.86 |

**Fill in this information to identify your case:**

Debtor 1      Cristina Nicoleta Suciu
              First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)   First Name        Middle Name        Last Name

United States Bankruptcy Court for the:  Western District of Washington

Case number
(if know)

☐ Check if this is
   an amended
   filing

## Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Property (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** Lake Leota Senior Care (sole proprietorship)<br>Name<br>16028 NE 184th Place<br>Street<br>Woodinville WA    98072<br>City        State    ZIP Code | Part of Woodinville residence is utilized for Debtor's adult family home business. This arrangement will continue. |

Debtor 1　Cristina Nicoleta Suciu
　　　　　First Name　　Middle Name　　　　Last Name

Debtor 2
(Spouse, if filing)　First Name　　Middle Name　　　Last Name

United States Bankruptcy Court for the: Western District of Washington

Case number
(if know)

☐ Check if this is
an amended
filing

## Official Form 106H
# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
   　☐ No
   　☑ Yes. In which community state or territory did you live? __WA__ . Fill in the name and current address of that person.

   Daniel Vasile Suciu
   Name of your spouse, former spouse, or legal equivalent
   36058 21st Ln S
   Number　Street
   Federal Way　　　　　　　　　　WA　　98003
   City　　　　　　　　　　　　State　ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| **3.1** Daniel Vasile Suciu<br>Name<br>36058 21st Ln S<br>Street<br>Federal Way　　WA　98003<br>City　State　ZIP Code | ☑ Schedule D, line _2.9_<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** Daniel Vasile Suciu<br>Name<br>36058 21st Ln S<br>Street<br>Federal Way　　WA　98003<br>City　State　ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line _4.2_<br>☐ Schedule G, line _____ |

| 3.3 | Daniel Vasile Suciu | ☐ Schedule D, line ___ |
| | Name | ☑ Schedule E/F, line 4.1 |
| | 36058 21st Ln S | ☐ Schedule G, line ___ |
| | Street | |
| | Federal Way    WA    98003 | |
| | City    State    ZIP Code | |

| 3.4 | Daniel Vasile Suciu | ☐ Schedule D, line ___ |
| | Name | ☑ Schedule E/F, line 2.4 |
| | 36058 21st Ln S | ☐ Schedule G, line ___ |
| | Street | |
| | Federal Way    WA    98003 | |
| | City    State    ZIP Code | |

| 3.5 | Daniel Vasile Suciu | ☐ Schedule D, line ___ |
| | Name | ☑ Schedule E/F, line 2.2 |
| | 36058 21st Ln S | ☐ Schedule G, line ___ |
| | Street | |
| | Federal Way    WA    98003 | |
| | City    State    ZIP Code | |

| 3.6 | Daniel Vasile Suciu | ☐ Schedule D, line ___ |
| | Name | ☑ Schedule E/F, line 2.3 |
| | 36058 21st Ln S | ☐ Schedule G, line ___ |
| | Street | |
| | Federal Way    WA    98003 | |
| | City    State    ZIP Code | |

| 3.7 | Daniel Vasile Suciu | ☐ Schedule D, line ___ |
| | Name | ☑ Schedule E/F, line 2.1 |
| | 36058 21st Ln S | ☐ Schedule G, line ___ |
| | Street | |
| | Federal Way    WA    98003 | |
| | City    State    ZIP Code | |

| 3.8 | Daniel Vasile Suciu | ☑ Schedule D, line 2.2 |
| | Name | ☐ Schedule E/F, line ___ |
| | 36058 21st Ln S | ☐ Schedule G, line ___ |
| | Street | |
| | Federal Way    WA    98003 | |
| | City    State    ZIP Code | |

| 3.9 | Daniel Vasile Suciu | ☑ Schedule D, line 2.3 |
| | Name | ☐ Schedule E/F, line ___ |
| | 36058 21st Ln S | ☐ Schedule G, line ___ |
| | Street | |
| | Federal Way    WA    98003 | |
| | City    State    ZIP Code | |

| 3.10 | Daniel Vasile Suciu | ☐ Schedule D, line ___ |
| | Name | ☑ Schedule E/F, line 4.12 |
| | 36058 21st Ln S | ☐ Schedule G, line ___ |
| | Street | |
| | Federal Way    WA    98003 | |
| | City    State    ZIP Code | |

| 3.11 | Daniel Vasile Suciu | ☑ Schedule D, line 2.4 |
| | Name | ☐ Schedule E/F, line ___ |
| | 36058 21st Ln S | ☐ Schedule G, line ___ |
| | Street | |
| | Federal Way    WA    98003 | |
| | City    State    ZIP Code | |

Case 25-12395-TWD    Doc 1    Filed 08/28/25    Ent. 08/28/25 18:40:31    Pg. 52 of 70

| 3.12 | Daniel Vasile Suciu | ☑ Schedule D, line 2.1 |
|---|---|---|
| | Name | ☐ Schedule E/F, line ___ |
| | 36058 21st Ln S | ☐ Schedule G, line ___ |
| | Street | |
| | Federal Way    WA    98003 | |
| | City    State    ZIP Code | |

| 3.13 | Daniel Vasile Suciu | ☑ Schedule D, line 2.4 |
|---|---|---|
| | Name | ☐ Schedule E/F, line ___ |
| | 36058 21st Ln S | ☐ Schedule G, line ___ |
| | Street | |
| | Federal Way    WA    98003 | |
| | City    State    ZIP Code | |

| 3.14 | Daniel Vasile Suciu | ☑ Schedule D, line 2.7 |
|---|---|---|
| | Name | ☐ Schedule E/F, line ___ |
| | 36058 21st Ln S | ☐ Schedule G, line ___ |
| | Street | |
| | Federal Way    WA    98003 | |
| | City    State    ZIP Code | |

| 3.15 | Daniel Vasile Suciu | ☑ Schedule D, line 2.6 |
|---|---|---|
| | Name | ☐ Schedule E/F, line ___ |
| | 36058 21st Ln S | ☐ Schedule G, line ___ |
| | Street | |
| | Federal Way    WA    98003 | |
| | City    State    ZIP Code | |

| 3.16 | Daniel Vasile Suciu | ☑ Schedule D, line 2.8 |
|---|---|---|
| | Name | ☐ Schedule E/F, line ___ |
| | 36058 21st Ln S | ☐ Schedule G, line ___ |
| | Street | |
| | Federal Way    WA    98003 | |
| | City    State    ZIP Code | |

| 3.17 | Daniel Vasile Suciu | ☑ Schedule D, line 2.10 |
|---|---|---|
| | Name | ☐ Schedule E/F, line ___ |
| | 36058 21st Ln S | ☐ Schedule G, line ___ |
| | Street | |
| | Federal Way    WA    98003 | |
| | City    State    ZIP Code | |

| 3.18 | Daniel Vasile Suciu | ☑ Schedule D, line 2.11 |
|---|---|---|
| | Name | ☐ Schedule E/F, line ___ |
| | 36058 21st Ln S | ☐ Schedule G, line ___ |
| | Street | |
| | Federal Way    WA    98003 | |
| | City    State    ZIP Code | |

| 3.19 | Sebastian Suciu | ☑ Schedule D, line 2.1 |
|---|---|---|
| | Name | ☐ Schedule E/F, line ___ |
| | 36058 21st Ln S | ☐ Schedule G, line ___ |
| | Street | |
| | Federal Way    WA    98003 | |
| | City    State    ZIP Code | |

| 3.20 | Daniel Vasile Suciu | ☐ Schedule D, line ___ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.4 |
| | 36058 21st Ln S | ☐ Schedule G, line ___ |
| | Street | |
| | Federal Way    WA    98003 | |
| | City    State    ZIP Code | |

Case 25-12395-TWD    Doc 1    Filed 08/28/25    Ent. 08/28/25 18:40:31    Pg. 53 of 70

| 3.21 | Daniel Vasile Suciu | | | ☐ Schedule D, line ____ |
|---|---|---|---|---|
| | Name | | | ☑ Schedule E/F, line 4.11 |
| | 36058 21st Ln S | | | ☐ Schedule G, line ____ |
| | Street | | | |
| | Federal Way | WA | 98003 | |
| | City | State | ZIP Code | |

| 3.22 | Daniel Vasile Suciu | | | ☐ Schedule D, line ____ |
|---|---|---|---|---|
| | Name | | | ☑ Schedule E/F, line 4.5 |
| | 36058 21st Ln S | | | ☐ Schedule G, line ____ |
| | Street | | | |
| | Federal Way | WA | 98003 | |
| | City | State | ZIP Code | |

| 3.23 | Daniel Vasile Suciu | | | ☐ Schedule D, line ____ |
|---|---|---|---|---|
| | Name | | | ☑ Schedule E/F, line 4.7 |
| | 36058 21st Ln S | | | ☐ Schedule G, line ____ |
| | Street | | | |
| | Federal Way | WA | 98003 | |
| | City | State | ZIP Code | |

| 3.24 | Daniel Vasile Suciu | | | ☐ Schedule D, line ____ |
|---|---|---|---|---|
| | Name | | | ☑ Schedule E/F, line 4.9 |
| | 36058 21st Ln S | | | ☐ Schedule G, line ____ |
| | Street | | | |
| | Federal Way | WA | 98003 | |
| | City | State | ZIP Code | |

| 3.25 | Daniel Vasile Suciu | | | ☐ Schedule D, line ____ |
|---|---|---|---|---|
| | Name | | | ☑ Schedule E/F, line 4.8 |
| | 36058 21st Ln S | | | ☐ Schedule G, line ____ |
| | Street | | | |
| | Federal Way | WA | 98003 | |
| | City | State | ZIP Code | |

| 3.26 | Daniel Vasile Suciu | | | ☐ Schedule D, line ____ |
|---|---|---|---|---|
| | Name | | | ☑ Schedule E/F, line 4.10 |
| | 36058 21st Ln S | | | ☐ Schedule G, line ____ |
| | Street | | | |
| | Federal Way | WA | 98003 | |
| | City | State | ZIP Code | |

| 3.27 | Daniel Vasile Suciu | | | ☐ Schedule D, line ____ |
|---|---|---|---|---|
| | Name | | | ☑ Schedule E/F, line 4.13 |
| | 36058 21st Ln S | | | ☐ Schedule G, line ____ |
| | Street | | | |
| | Federal Way | WA | 98003 | |
| | City | State | ZIP Code | |

| 3.28 | Daniel Vasile Suciu | | | ☐ Schedule D, line ____ |
|---|---|---|---|---|
| | Name | | | ☑ Schedule E/F, line 4.16 |
| | 36058 21st Ln S | | | ☐ Schedule G, line ____ |
| | Street | | | |
| | Federal Way | WA | 98003 | |
| | City | State | ZIP Code | |

| 3.29 | Daniel Vasile Suciu | | | ☐ Schedule D, line ____ |
|---|---|---|---|---|
| | Name | | | ☑ Schedule E/F, line 4.14 |
| | 36058 21st Ln S | | | ☐ Schedule G, line ____ |
| | Street | | | |
| | Federal Way | WA | 98003 | |
| | City | State | ZIP Code | |

| 3.30 | Daniel Vasile Suciu | | | ☐ Schedule D, line _____ |
| | Name | | | ☑ Schedule E/F, line 4.15 |
| | 36058 21st Ln S | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Federal Way | WA | 98003 | |
| | City | State | ZIP Code | |

**Fill in this information to identify your case:**

Debtor 1    Cristina Nicoleta Suciu
        First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)   First Name        Middle Name        Last Name

United States Bankruptcy Court for the:   Western District of Washington

Case number
(If known)   _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

# Schedule I: Your Income

                                                  **12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
| --- | --- |

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
| --- | --- | --- |
| Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | AFH Licensed Provider | |
| Employer's name | Lake Leota Senior Care (sole proprietorship) | |
| Employer's address | 16028 NE 184th Place | |
| | Number   Street | Number   Street |
| | | |
| | Woodinville, WA 98072 | |
| | City    State    ZIP Code | City    State    ZIP Code |
| How long employed there? | 17 years | |

| Part 2: | Give Details About Monthly Income |
| --- | --- |

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
| --- | --- | --- | --- |
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $_____ |
| 3. **Estimate and list monthly overtime pay.** | 3. | + $ 0.00 | + $_____ |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | $ 0.00 | $_____ |

Debtor 1    **Cristina Nicoleta Suciu**
     First Name     Middle Name     Last Name

Case number *(if known)*_____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here**............................................................➔ | 4. | $ 0.00 | $_____ |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $_____ |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $_____ |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $_____ |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $_____ |
| 5e. **Insurance** | 5e. | $ 0.00 | $_____ |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $_____ |
| 5g. **Union dues** | 5g. | $ 0.00 | $_____ |
| 5h. **Other deductions.** Specify: _____ | 5h. | + $ 0.00 | + $_____ |
| _____ | | $_____ | $_____ |
| _____ | | $_____ | $_____ |
| _____ | | $_____ | $_____ |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 0.00 | $_____ |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $_____ |

**8. List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** <br> Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 9,962.00 | $_____ |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $_____ |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** <br> Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $_____ |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $_____ |
| 8e. **Social Security** | 8e. | $ 0.00 | $_____ |
| 8f. **Other government assistance that you regularly receive** <br> Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. <br> Specify: _____ | 8f. | $ 0.00 | $_____ |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $_____ |
| 8h. **Other monthly income.** Specify: _____ | 8h. | + $ 0.00 | + $_____ |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 9,962.00 | $_____ |
| 10. **Calculate monthly income.** Add line 7 + line 9. <br> Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 9,962.00 | + $_____ = $ 9,962.00 |

**11.** State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11. + $_____

**12.** Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.

Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies    12. $ 9,962.00

**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?

☑ No.

☐ Yes. Explain:

**8a. Attached Statement**

# Lake Leota Senior Care (sole proprietorship) Business Income

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

| | | |
|---|---|---|
| 1. | Gross Monthly Income: | **$38,216.00** |

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | | |
|---|---|---|
| 2. | Ordinary and necessary expense | **$11,000.00** |
| 3. | Net Employee Payroll (Other than debtor) | **$11,220.00** |
| 4. | Payroll Taxes | **$0.00** |
| 5. | Unemployment Taxes | **$0.00** |
| 6. | Worker's Compensation | **$0.00** |
| 7. | Other Taxes | **$0.00** |
| 8. | Inventory Purchases (Including raw materials) | **$0.00** |
| 9. | Purchase of Feed/Fertilizer/Seed/Spray | **$0.00** |
| 10. | Rent (Other than debtor's principal residence) | **$3,000.00** |
| 11. | Utilities | **$1,888.00** |
| 12. | Office Expenses and Supplies | **$0.00** |
| 13. | Repairs and Maintenance | **$0.00** |
| 14. | Vehicle Expenses | **$267.00** |
| 15. | Travel and Entertainment | **$0.00** |
| 16. | Equipment Rental and Leases | **$0.00** |
| 17. | Legal/Accounting/Other Professional Fees | **$594.00** |
| 18. | Insurance | **$285.00** |
| 19. | Employee Benefits (e.g., pension, medical, etc.) | **$0.00** |
| 20. | Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts | |
| | TOTAL PAYMENTS TO SECURED CREDITORS | **$0.00** |
| 21. | Other Expenses | |
| | TOTAL OTHER EXPENSES | **$0.00** |
| 22. | TOTAL MONTHLY EXPENSES(Add item 2 - 21) | **$28,254.00** |

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

| | | |
|---|---|---|
| 23. | AVERAGE NET MONTHLY INCOME(Subtract item 22 from item 1) | **$9,962.00** |

**Fill in this information to identify your case:**

Debtor 1    Cristina Nicoleta Suciu
           First Name         Middle Name         Last Name

Debtor 2    First Name         Middle Name         Last Name
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Washington

                                       (State)

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No

        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No

   ☑ Yes. Fill out this information for each dependent..........................

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Daughter (twins) | 19 | ☐ No ☑ Yes |
   | Daughter (twins) | 19 | ☐ No ☑ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J,* check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  |  | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ 0.00 |
|  | If not included in line 4: |  |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |

| | | Your expenses |
|---|---|---|

5. **Additional mortgage payments for your residence**, such as home equity loans      5.   $_____ 0.00

6. **Utilities:**

   6a.  Electricity, heat, natural gas      6a.  $_____ 690.00

   6b.  Water, sewer, garbage collection      6b.  $_____ 500.00

   6c.  Telephone, cell phone, Internet, satellite, and cable services      6c.  $_____ 672.00

   6d.  Other. Specify: _____      6d.  $_____ 0.00

7. **Food and housekeeping supplies**      7.  $_____ 1,347.00

8. **Childcare and children's education costs**      8.  $_____ 200.00

9. **Clothing, laundry, and dry cleaning**      9.  $_____ 200.00

10. **Personal care products and services**      10.  $_____ 200.00

11. **Medical and dental expenses**      11.  $_____ 632.00

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.      12.  $_____ 562.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**      13.  $_____ 200.00

14. **Charitable contributions and religious donations**      14.  $_____ 100.00

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a.  Life insurance      15a.  $_____ 0.00

   15b.  Health insurance      15b.  $_____ 0.00

   15c.  Vehicle insurance      15c.  $_____ 650.00

   15d.  Other insurance. Specify:_____      15d.  $_____ 0.00

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____      16.  $_____ 1,600.00

17. **Installment or lease payments:**

   17a.  Car payments for Vehicle 1      17a.  $_____ 0.00

   17b.  Car payments for Vehicle 2      17b.  $_____ 0.00

   17c.  Other. Specify:_____      17c.  $_____ 0.00

   17d.  Other. Specify:_____      17d.  $_____ 0.00

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**      18.  $_____ 0.00

19. **Other payments you make to support others who do not live with you.**
Specify:_____      19.  $_____ 0.00

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

   20a.  Mortgages on other property      20a.  $_____ 0.00

   20b.  Real estate taxes      20b.  $_____ 0.00

   20c.  Property, homeowner's, or renter's insurance      20c.  $_____ 0.00

   20d.  Maintenance, repair, and upkeep expenses      20d.  $_____ 0.00

   20e.  Homeowner's association or condominium dues      20e.  $_____ 0.00

21. **Other**. Specify:_____    21.    +$_____0.00

_____    +$_____

_____    +$_____

22. **Calculate your monthly expenses.**

22a. Add lines 4 through 21.    22a.    $_____7,553.00

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 22c. Add line 22a    22b.    $_____

and 22b. The result is your monthly expenses.    22c.    $_____7,553.00

23. **Calculate your monthly net income.**

23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.    $_____9,962.00

23b. Copy your monthly expenses from line 22c above.    23b.    –$_____7,553.00

23c. Subtract your monthly expenses from your monthly income.
The result is your *monthly net income*.    23c.    $_____2,409.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.    Explain here:

Case 25-12395-TWD    Doc 1    Filed 08/28/25    Ent. 08/28/25 18:40:31    Pg. 61 of 70

Debtor 1    Cristina Nicoleta Suciu
            First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name          Last Name

United States Bankruptcy Court for the Western District of Washington

Case number
(If known)

☐ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✘ /s/ Cristina Nicoleta Suciu                          ✘ _____
Cristina Suciu (Aug 28, 2025 17:58:07 PDT)

Signature of Debtor 1                                    Signature of Debtor 2

Date  08/28/2025                                         Date _____
     MM / DD / YYYY                                           MM / DD / YYYY

A PLACE FOR MOM, INC.
530 5TH AVE, 25TH FLOOR
NEW YORK, NY, 10036-5100

AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma city, OK 73118-7901

Alaska Cascade Financial Services Inc.
c/o Huppert Law Firm PLLC
612 Harrison St. #202
Sumner, WA 98390-1113

Ally Bank
c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Financial
PO Box 981037
Minneapolis, MN 55438

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY, UT 84131-0293

Capital One N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

Carrington Mtg
16028 NE 184th Pl
Woodinville, WA 98072-9614

DYNAMIC COLLECTORS, INC.
790 S MARKET BLVD
CHEHALIS, WA 98532-3420

Daniel Suciu
36058 21st Ln. S.
Federal Way, WA 98003-4284

Daniel Vasile Suciu
36058 21st Ln S
Federal Way, WA 98003-4284

Dept of Housing and Urban Development
451 7th St SW
Washington, DC 20410

Dynamic Collectors
c/o Joseph Enbody
790 S. Market Blvd.
Chehalis, WA 98532-3420

Elena Suciu
5219 NE 11th Ct.
Renton, WA 98059-4373

Emerald City Law Firm PC
20935 6th Ave S
Des Moines, WA 98198-3270

Employment Security Department
UI Tax Admin
PO Box 9046
Olympia, WA 98507-9046

Enterprise Fleet Management
c/o Lovik & Juhl PLLC
936 N. 34th St. #300
Seattle, WA 98103-8869

Gaile Johnson
c/o Kristian Beckett
PO Box 4
Kuna, ID 83634-0004

Gaile Johnson
c/o Kristian Beckett, Beckett Law Firm
8752 W. Overland Rd. Suite 110
Boise, Idaho 83709-1604

Huon Kong
18303 123rd St E
Bonney Lake, WA 98391

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

ID Build LLC
36058 21st Ln. S
Federal Way, WA 98003-4284

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Jarrod Marks
300 Vuemont Pl NE #P202
Renton WA 98056-4595

Jason Anderson
20935 S. 6th Ave
Seattle, WA 98198-3270

Jason E Anderson
20935 6th Ave S
Des Moines, WA 98198-3270

Jeffrey A. Hellinger
Hennessey Hellinger PLLC
2200 112th Ave NE Ste 200
Bellevue, WA 98004-2951

King County Department of Permitting and Environmental Review
DLS Permitting Division
919 SW Grady Way, Suite 300
Renton, WA 98057-2961

Kristian Beckett
BECKETT LAW FIRM
PO Box 4
KUNA, ID 83634-0004

Lake Leota Senior Care LLC
16028 NE 184th Pl
Woodinville, WA 98072-9614

Latife Neu
1825 Nw 65th St
Seattle, WA 98117-5532

Law Office of Marc S. Stern
1825 NW 65th St
Seattle, WA 98117-5532

Marc S. Stern
1825 NW 65th Street
Seattle, WA 98117-5532

Marvin Brecht and Roda Brecht
4521 Somerset Dr SE
Bellevue, WA 98006-3061

McDowell NW Inc.
18901 E. Valley Hwy S

Kent, WA 98032-1227

McDowell Northwest Inc
c/o Hennessey Hellinger PLLC
Jeffery A Hellinger
2200 112th Ave NE, Ste 200
Bellevue, WA 98004-2951

McDowell Northwest, Inc.
18825 E Valley HWY
Kent, WA 98032-1219

Michael S DeLeo
Peterson Russell Kelly Livengood PLLC
10900 NE 4th Street Suite 1850
Bellevue, WA 98004-8341

Nadlan Group LLC
17203 NE 34th St.
Redmond, WA 98052-5751

Nadlan Group LLC
c/o Schweet Linde & Rosenblum
575 S Michigan St
Seattle WA 98108-3316

PENNYMAC LOAN SERVICES
6101 CONDOR DR STE 200
MOORPARK, CA 93021-2602

PENNYMAC LOAN SERVICES, LLC
PO BOX 2410
Moorpark, CA 93020-2410

Patricia Hunter
WA State Long-Term Car Ombudsman
State LTC Ombudsman Program
PO Box 23699
Federal Way, WA 98093-0699

Schweet Linde & Rosenblum
Attn: Michael Sperry
575 S. Michigan Street
Seattle, WA 98108-3316

HOUSING AND URBAN DEVELOPMENT OGC REGION X
ATTN BANKRUPTCY ATTORNEY
909 FIRST AVENUE STE 260
SEATTLE WA 98104-1000

Sebastian Suciu
36058 21st Ln S
Federal Way, WA 98003

Select Portfolio Servicing
PO Box 65250
Salt Lake City, UT 84165

Sergey Kozhevnikov
c/o Lyubov Buts
1100 A Highway 395 S
Addy WA 99101-9666

The Hartford
c/o Stuart Lippman and Assoc., Inc.
5447 East Fifth Street
Tucson, AZ 85711-2344

U.S. Bank Trust Company
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

U.S. Bank Trust Company, National Association
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

U.S. Department of Housing and Urban Develop
909 First Avenue, Suite 200
Seattle, WA 98104-1072

WA Employment Security Dept.
Po Box 9046
Olympia, WA 98507-9046

WA STATE DEPARTMENT OF REVENUE
Bankruptcy/Claims Unit
2101 4th Ave Ste 1400
Seattle, WA 98121-2300

WA STATE DEPT OF LABOR & INDUSTRIES
BANKRUPTCY UNIT
PO BOX 44171
OLYMPIA WA 98504-4171

WSECU
PO Box 1595
Olympia, WA 98507

Washington State Department of Revenue
6500 Linderson Way Sw
Tumwater, WA 98501-6561

Washington State Labor & Industries
Collections Dept
PO Box 44171
Olympia, WA 98504-4171

United States Bankruptcy Court

Western District of Washington

In re: Cristina Nicoleta Suciu

Case No.

Chapter   11

Debtor(s)

### Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: ___08/28/2025___

_Cristina Suciu (Aug 28, 2025 17:58:07 PDT)_

/s/ Cristina Nicoleta Suciu
_____
Signature of Debtor

_____
Signature of Joint Debtor

# 2025-08-28 Bankruptcy Petition and Schedules

Final Audit Report                                                    2025-08-29

| | |
|---|---|
| Created: | 2025-08-28 |
| By: | Richard Pope (rlpope@u.washington.edu) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA0oO5P_0_A61q2ngYcR7j2EqR9BujMsj9 |

## "2025-08-28 Bankruptcy Petition and Schedules" History

📄 **Document created by Richard Pope (rlpope@u.washington.edu)**
2025-08-28 - 10:36:01 PM GMT

📧 **Document emailed to Cristina Suciu (didasuciu@yahoo.com) for signature**
2025-08-28 - 10:36:51 PM GMT

📄 **Email viewed by Cristina Suciu (didasuciu@yahoo.com)**
2025-08-29 - 0:57:11 AM GMT

✏️ **Document e-signed by Cristina Suciu (didasuciu@yahoo.com)**
Signature Date: 2025-08-29 - 0:58:07 AM GMT - Time Source: server

✅ **Agreement completed.**
2025-08-29 - 0:58:07 AM GMT

🅰️ **Adobe Acrobat Sign**