Honorable Timothy W. Dore
Chapter 11
Hearing Date: January 9, 2026
Hearing Time: 9:30 a.m.
Location: Seattle, WA
Response Date: January 2, 2026

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

| In re: | Case No. 25-12395-TWD |
|---|---|
| CHRISTINA NICOLETA SUCIU,<br><br>Debtor. | **UNITED STATES TRUSTEE'S MOTION TO CONVERT OR DISMISS CHAPTER 11 CASE FOR FAILURE TO FILE MONTHLY OPERATING REPORTS** |

Acting United States Trustee for Region 18, Jonas V. Anderson ("U.S. Trustee"), hereby moves the Court for an order converting or dismissing the chapter 11 case of Christina Nicoleta Suciu ("Debtor") for the Debtor's failure to file monthly operating reports as required. In support of the Motion, the U.S. Trustee represents and alleges as follows:

1. This Court has jurisdiction over the Motion pursuant to 11 U.S.C. §§ 307 and 1112(b)[1].

2. The U.S. Trustee brings the Motion under the U.S. Trustee's authority to supervise the administration of bankruptcy cases under 28 U.S.C. § 586(a)(3) and 11 U.S.C. § 1112(b)(1).

//

---

[1] Unless otherwise indicated, all statutory references are to the Bankruptcy Code, 11 U.S.C. §§ 101 et seq. and all Rule references are to the Federal Rules of Bankruptcy Procedure.

UNITED STATES TRUSTEE'S MOTION TO
CONVERT OR DISMISS CHAPTER 11 CASE

Office of the United States Trustee
700 Stewart St., Suite 5103
Seattle, WA 98101-1271
Phone: 206-553-2000,

- 1

## I. BACKGROUND

Debtor, filed a voluntary petition for relief under Title 11, chapter 11, of the United States Code, on August 28, 2025. According to Local Rules W.D. Wash. Bankr. 2015-1, Debtor is required to file her monthly operating reports ("MORs") with the Court on the 21st day of each subsequent month. Debtor, therefore, was required to file MORs on September 21, October 21, and November 21. The November MOR will be due on December 21. As of the Date of this Motion, Debtor has not filed an MOR for any of the preceding months.

Debtor was informed of the requirement to file MORs at the IDI on September 11, 2025. *See* Declaration of Young-Mi Petteys (here in Petteys Declaration) ¶¶ 3 & 6. The Office of the U.S. Trustee requested the Debtor file its MORs through emails to Debtor's attorney on November 13, 2025, and November 25, 2025. No response was received to those emails. *Id.* ¶¶ 7 & 8.

Debtor filed a previous chapter 13 case under case no. 25-10742, filed in the Western District of Washington on March 20, 2025. As the Court is aware, Debtor failed to confirm a chapter 13 plan, and the case was dismissed on June 18, 2025, after little progress was made towards confirmation. Debtor has yet to file a plan or disclosure statement in the present case, despite having over three months to do so. The MORs are, therefore, of vital importance to monitor Debtor's progress and its use of money and property of the estate.

## II. ANALYSIS

This case should either be dismissed or converted to chapter 7 for Debtor's failure to file its MORs with the Court. A case may be dismissed for "unexcused failure to satisfy timely any filing or reporting requirement established by…any rule applicable to a case under [chapter 11]." § 1112(b)(4)(F). The bankruptcy rules require debtors to file the reports and summaries required

UNITED STATES TRUSTEE'S MOTION TO
CONVERT OR DISMISS CHAPTER 11 CASE

Office of the United States Trustee
700 Stewart St., Suite 5103
Seattle, WA 98101-1271
Phone: 206-553-2000,

- 2 -

by § 704(a)(8). Fed. R. Bankr. P. 2015(a)(3). "Timely and accurate financial disclosure is the life blood of the Chapter 11 process." *In re 2Berryhill,* 127 B.R. 427, 433 (Bankr. N.D. Ind. 1991) (citing *In re Chesmid Park Corp.*, 45 Bankr. 153, 159 (Bankr. E.D. Va. 1984)). Debtor is over three months behind on its reporting obligation and has yet to file a plan or disclosure statement. Given Debtor's apparent lack of progress, and Debtor's failure to provide information that is vital to parties in assessing this case's prospects of success, the U.S. Trustee respectfully requests that the case be dismissed or converted.

Section 1112(b) establishes a two-step analysis for addressing questions of conversion or dismissal. First, the court must determine whether cause exists for conversion or dismissal. Second, if cause exists, as it does here, the court must "apply a 'balancing test' to choose between conversion or dismissal based upon the 'best interests of the creditors and the estate.'" *In re AVI, Inc.*, 389 B.R. 721, 729 (B.A.P. 9th Cir. 2008), (citing *In re Nelson*, 343 B.R. 671, 675 (B.A.P. 9th Cir. 2006)); *see also In re Owens*, 552 F.3d 958, 960-61 (9th Cir. 2009) (court must consider interests of all creditors).

Generally, a court may not dismiss or convert a case if it finds "unusual circumstances establishing that converting or dismissing the case is not in the best interest of creditors." 11 U.S.C. § 1112(b)(2). The U.S. Trustee is not aware of any "unusual circumstances" that should prevent converting or dismissing this case.

WHEREFORE, the U.S. Trustee respectfully requests that the Court enter an Order converting this case to a case under chapter 7, or dismissing the case, whichever the Court determines to be in the best interest of creditors. In the present case, dismissal may be in the best interests of creditors and the estate. The chapter 7 trustees in this region are not licensed by the State of Washington to operate an adult family home. Further, Debtor's homestead exemption

UNITED STATES TRUSTEE'S MOTION TO
CONVERT OR DISMISS CHAPTER 11 CASE

Office of the United States Trustee
700 Stewart St., Suite 5103
Seattle, WA 98101-1271
Phone: 206-553-2000,

- 3 -

has been upheld by this Court, and the estate may not contain sufficient assets if a chapter 7 trustee is required to assist with the closure of the adult family home as required by § 704(a)(12).

DATED this Friday, December 19, 2025,

Respectfully submitted,

Jonas V. Anderson
Acting U.S. Trustee for Region 18

/s/ *Matthew J.P. Johnson*
Matthew J.P. Johnson, WSBA #40476
Attorney for the United States Trustee

UNITED STATES TRUSTEE'S MOTION TO
CONVERT OR DISMISS CHAPTER 11 CASE

Office of the United States Trustee
700 Stewart St., Suite 5103
Seattle, WA 98101-1271
Phone: 206-553-2000,

- 4 -